UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br>Plaintiff<br><br>vs.<br><br>SUNTERNAL CONSTRUCTION, INC.; and Does 1-10, inclusive, and each of them<br>Defendants | Case No.<br><br>3:21-cv-00066-EMC<br><br>~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this  June 28, 2021

_____
Honorable Judge of the District Court